**Order entered February 4, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00789-CV

### DORIS A. HOUSTON, Appellant

### V.

### CITY OF DALLAS, SELF INSURED, Appellee

### On Appeal from the 429th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 429-05515-2017

## ORDER

On December 18, 2018, we granted appellant an extension of time to file a corrected brief and ordered the brief be filed no later than January 17, 2019. To date, however, the brief has not been filed. Accordingly, we **ORDER** the brief be filed no later than February 14, 2019. We caution appellant that failure to comply may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

/s/    KEN MOLBERG
JUSTICE